IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Green, Johnny B | Case Number:  06 B 01043 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/15/08 | Filed:  2/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  June 2, 2008
Confirmed:  April 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 19,860.00 | |
| Secured: | | 14,919.54 |
| Unsecured: | | 1,993.18 |
| Priority: | | 0.00 |
| Administrative: | | 1,889.00 |
| Trustee Fee: | | 1,058.28 |
| Other Funds: | | 0.00 |
| Totals: | 19,860.00 | 19,860.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 1,889.00 | 1,889.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Chase Automotive Finance | Secured | 14,716.11 | 14,716.11 |
| 4. | Wells Fargo Home Mortgage | Secured | 203.43 | 203.43 |
| 5. | B-Real LLC | Unsecured | 3,464.64 | 227.80 |
| 6. | ECast Settlement Corp | Unsecured | 8,835.04 | 580.89 |
| 7. | Portfolio Recovery Associates | Unsecured | 6,963.14 | 457.83 |
| 8. | Resurgent Capital Services | Unsecured | 11,052.06 | 726.66 |
| 9. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 10. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 11. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 12. | Chase Bank | Unsecured | | No Claim Filed |
| 13. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 14. | CRSI Deb Shop | Unsecured | | No Claim Filed |
| 15. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 16. | Gecccc/Care Credit | Unsecured | | No Claim Filed |
| 17. | GE Credit Auto Lease | Unsecured | | No Claim Filed |
| 18. | Bryant Corp | Unsecured | | No Claim Filed |
| 19. | GEMB | Unsecured | | No Claim Filed |
| 20. | Finger Furniture | Unsecured | | No Claim Filed |
| 21. | Household | Unsecured | | No Claim Filed |
| 22. | GECS Marks Brothers | Unsecured | | No Claim Filed |
| 23. | JB Robinson Jewelers | Unsecured | | No Claim Filed |
| 24. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Green, Johnny B

Printed: 7/15/08

Case Number: 06 B 01043
Judge: Hollis, Pamela S
Filed: 2/7/06

| | | | |
|---|---|---|---|
| 26. Oak Brook Bank | Unsecured | | No Claim Filed |
| 27. PNC Mortgage Corporation | Unsecured | | No Claim Filed |
| 28. Sams Club | Unsecured | | No Claim Filed |
| 29. Harlem Furniture | Unsecured | | No Claim Filed |
| 30. Wells Fargo Auto Finance | Unsecured | | No Claim Filed |
| 31. Household Retail Services | Unsecured | | No Claim Filed |

$ 47,123.42          $ 18,801.72

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 167.09 |
| 5% | 53.83 |
| 4.8% | 103.11 |
| 5.4% | 734.25 |

$ 1,058.28

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

